FILED
MAY 21 2013
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY _____ DEPUTY

DANIEL G. BOGDEN
United States Attorney
NICHOLAS D. DICKINSON
PHILLIP N. SMITH, JR.
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAGRAM JOSHUA MILLER,<br>aka "Young Seag," and<br>RAY DARNELL WEBB,<br>aka "Reno,"<br><br>Defendants. | 2:13-CR-184<br><br>INDICTMENT FOR VIOLATIONS OF:<br><br>18 U.S.C. §§ 1591(a)(1) and 1591(b)(1)– *Sex Trafficking of a Child* (Counts One and Two)<br>18 U.S.C. § 2423(a)– *Transportation of a Minor for Prostitution* (Counts Three through Six)<br>18 U.S.C. § 2– *Aiding and Abetting* |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
Sex Trafficking of a Child

Beginning in at least January 2013, through on or about May 3, 2013, in the State and Federal District of Nevada and elsewhere,

**SEAGRAM JOSHUA MILLER**, and
**RAY DARNELL WEBB,**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, "C.W.," a minor who had not attained the age of 14 years, knowing, and in reckless disregard of the fact, that "C.W." had not attained the age of 18 years and

would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 2.

## COUNT TWO
### Sex Trafficking of a Child

Beginning in at least January 2013, through on or about May 6, 2013, in the State and Federal District of Nevada and elsewhere,

**SEAGRAM JOSHUA MILLER, and
RAY DARNELL WEBB,**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, "L.B.," knowing, and in reckless disregard of the fact, that "L.B." had not attained the age of 18 years and would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), and 2.

## COUNT THREE
### Transportation of a Minor for Prostitution

On or between April 29, 2013 and May 2, 2013, in the State and Federal District of Nevada and elsewhere,

**SEAGRAM JOSHUA MILLER, and
RAY DARNELL WEBB,**

did knowingly transport an individual, that is, "C.W.," a minor, who had not attained the age of 18 years, in interstate commerce from California to Nevada, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT FOUR
### Transportation of a Minor for Prostitution

On or between April 29, 2013 and May 2, 2013, in the State and Federal District of Nevada and elsewhere,

**SEAGRAM JOSHUA MILLER, and**
**RAY DARNELL WEBB,**

did knowingly transport an individual, that is, "L.B.," a minor, who had not attained the age of 18 years, in interstate commerce from California to Nevada, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a) and 2.

### COUNT FIVE
Transportation of a Minor for Prostitution

On or between April 29, 2013 and May 2, 2013, in the State and Federal District of Nevada and elsewhere,

**SEAGRAM JOSHUA MILLER, and**
**RAY DARNELL WEBB,**

did knowingly transport an individual, that is, "L.B.," a minor, who had not attained the age of 18 years, in interstate commerce from Nevada to California, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a) and 2.

### COUNT SIX
Transportation of a Minor for Prostitution

On or between May 2, 2013 and May 6, 2013, in the State and Federal District of Nevada and elsewhere,

**SEAGRAM JOSHUA MILLER, and**
**RAY DARNELL WEBB,**

did knowingly transport an individual, that is, "L.B.," a minor, who had not attained the age of 18 years, in interstate commerce from California to Nevada, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in

. . .

3

violation of Title 18, United States Code, Sections 2423(a) and 2.

A TRUE BILL:

This 21 day of MAY, 2013.

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

NICHOLAS D. DICKINSON
Assistant United States Attorney

PHILLIP N. SMITH, JR.
Assistant United States Attorney

4