# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13–cr–184–KJD–VCF |
| Plaintiff, | |
| vs. | **MINUTE ORDER** |
| SEAGRAM JOSHUA MILLER, | |
| Defendants. | |

PRESENT:     THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT:     Mai Tieu     RECORDER:     None

COUNSEL FOR PLAINTIFF(S):     None Appearing

COUNSEL FOR DEFENDANT(S):     None Appearing

   Before the court is Defendant Seagram Joshua Miller's motion to suppress (#38). On January 21, 2012, Miller entered a guilty plea. Therefore, Miller's motion to suppress is moot.

   IT IS THEREFORE ORDERED that the Defendant Seagram Joshua Miller's motion to suppress (#38) is DENIED AS MOOT.

   IT IS SO ORDERED.

   DATED this 26th day of February, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1