UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>    v.<br><br>SEAGRAM MILLER,<br><br>                               Defendant. | Case No. 2:13-cr-00184-KJD-VCF<br><br>**ORDER – Use of Force** |

    Defendant Miller was scheduled to appear for a revocation hearing on May 14, 2024, but failed to appear, citing illness. (#172). The hearing was rescheduled to May 15, 2024; however, once more, Defendant Miller failed to appear, maintaining that he was still unwell. (#173). At this time, unless Defendant Miller presents a statement from a medical professional at the Nevada Southern Detention Centner verifying his inability to attend the hearing, the Court finds it necessary and appropriate to order the USMS to use reasonable force as it deems necessary to compel Defendant Miller to be transported and appear before this Court for his revocation hearing in Courtroom 4A of the Lloyd D. George Federal Courthouse at 333 South Las Vegas Boulevard in Las Vegas, Nevada.

    Accordingly, **IT IS THEREFORE ORDERED** that the USMS is authorized to use reasonable force as it deems necessary to compel Defendant Miller to be transported for and appear at his revocation hearing before this Court on May 22, 2024, at 10:00 am., in Courtroom 4A.

Dated this 17th day of May 2024.

                                                        Kent J. Dawson<br>
                                                        United States District Judge